FULTON SAUSSY, AS RECEIVER OF THE COMMERCIAL BANK OF JACKSONVILLE, A CORPORATION UUDER THE LAWS OF FLORIDA, *Appellant*, v. CLARA E. DAVIDSON AND AGNES DAVIDSON, AS ADMINISTRATICES OF THE ESTATE OF WILLIAM M. DAVIDSON, DECEASED. *Appellees*.

Opinion filed March 8, 1918.

*Odom, Crawford & Butler,* for Appellant;

*John C. Cooper & Son,* for Appellees.

WEST, J.—The question presented in this case being essentially the same and it having been presented in the same way, the order appealed from will be affirmed upon authority of Saussy, Receiver, v. Liggett, in which case an opinion is this day filed.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND ELLIS, J. J., concur·